## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, PLAINTIFF, | CIVIL ACTION NO. 25-02032 |
| v. | JUDGE NANNETTE JOLIVETTE BROWN |
| COCA-COLA BOTTLING COMPANY UNITED, INC., DEFENDANT. | MAGISTRATE JUDGE KAREN WELLS ROBY |

**PLAINTIFF'S EX PARTE MOTION FOR STAY AND EXTENSION OF DEADLINES DUE TO GOVERNMENT SHUTDOWN WITH REQUEST FOR EXPEDITED CONSIDERATION**

Plaintiff Equal Employment Opportunity Commission (EEOC) hereby moves to stay this litigation and extend the deadline to serve the Complaint due to the lapse in appropriations and federal government shutdown.

1. The EEOC is the government agency charged with interpreting, administering, and enforcing federal employment discrimination laws.

2. This action was filed on September 30, 2025.

3. The Complaint has not yet been served on Defendant, and counsel has not yet made an appearance for Defendant.

4. Federal government appropriations lapsed at midnight on October 1, 2025, and the EEOC is now shut down.

5. The EEOC is subject to the Antideficiency Act, which provides in part that an "officer or employee of the United States Government … may not … involve [the] government in a contract or obligation for the payment of money before an appropriation is made unless authorized by law," 31 U.S.C. § 1341(a)(1)(B), and "may not accept voluntary services … or employ personal services exceeding that authorized by law except for emergencies …" 31 U.S.C.

§ 1342. Such emergencies "do[ ] not include ongoing, regular functions of the government the suspension of which would not imminently threaten the safety of human life or the protection of property." *Id*.

6. Given the Antideficiency Act, the EEOC is prohibited from litigating this matter except for a four-hour wind-down on Wednesday, October 1, 2025.

7. Therefore, the EEOC seeks an order staying this litigation for the duration of the shutdown and extending the deadline to serve the complaint for the same duration as the shutdown or longer.

8. The EEOC requests an expedited ruling on this motion.

WHEREFORE, Plaintiff requests this Court enter an Order staying this litigation and extending the deadline to serve the Complaint by the same duration as the shutdown.

Dated:  October 1, 2025              Respectfully submitted,

　　　　　　　　　　　　　　　　　 */s/ Jacqueline C. Barber*_____
　　　　　　　　　　　　　　　　　 **Jacqueline C. Barber** (#36362)
　　　　　　　　　　　　　　　　　 　 jacqueline.barber@eeoc.gov |(504) 635-2572
　　　　　　　　　　　　　　　　　 **Elizabeth J. Owen, (#33620), T.A.**
　　　　　　　　　　　　　　　　　 　 elizabeth.owen@eeoc.gov |(504) 635-2535
　　　　　　　　　　　　　　　　　 **M. Lucia Blacksher Ranier** (#26605)
　　　　　　　　　　　　　　　　　 　 mary.blacksherranier@eeoc.gov |(504) 635-2537
　　　　　　　　　　　　　　　　　 **Peter F. Theis** (#34786)
　　　　　　　　　　　　　　　　　 　 peter.theis@eeoc.gov |(504) 635-2548
　　　　　　　　　　　　　　　　　 U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
　　　　　　　　　　　　　　　　　 New Orleans Field Office
　　　　　　　　　　　　　　　　　 Hale Boggs Federal Building
　　　　　　　　　　　　　　　　　 500 Poydras Street, Suite 809
　　　　　　　　　　　　　　　　　 New Orleans, LA 70130

　　　　　　　　　　　　　　　　　 COUNSEL FOR U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION